RHEINGOLD BREWERIES, INC. *v.* EDWARD L. SIEGAL
ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Steven R. Humphrey,* for the appellee (plaintiff).

*Coleman Levy,* for the appellants (defendants).

Argued January 4—decided January 4, 1977

STATE OF CONNECTICUT *v.* KENNETH R. BELL

This court is of the opinion that the issues raised in this motion to dismiss the appeal from the Superior Court in Fairfield County are of sufficient importance to warrant a full hearing on their merits. Accordingly, the motion to dismiss is denied and counsel are directed to proceed with the appeal and to brief the issue of the Superior Court's denial of the defendant's motion to accord him youthful offender status.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).

*Stephen F. Donahue,* special public defender, for the appellant (defendant).

Argued January 4—decided January 4, 1977

STATE OF CONNECTICUT *v.* RALPH FESTO

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).